UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN FERM, and § <br> CATHOLIC CHARITIES, DIOCESE OF § <br> FORT WORTH INC. § <br> as Next Friend of A. GIKUNDIRO, § <br> M. MUTESI, § <br> S. UWIRINGIMANA, and § <br> S. MWAMIKAZI, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> JOSE LEON-RAMIREZ and GLOBAL § <br> TRANSPORT CORPORATION, § <br> § <br>     Defendants. § | No. 3:15-CV-03592-M |

## ORDER

Before the Court is the Plaintiff's Notice of Name Corrections [ECF No. 25]. The Clerk of Court is directed to correct the following minor Plaintiffs' names in this case:

| **Incorrect** | **Correct** |
|---|---|
| A. Gikandiro | A. Gikundiro |
| S. Uwiringiyimana | S. Uwiringimana |
| S. Myamikazi | S. Mwamikazi |

SO ORDERED.

October 26, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE