IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN FERM, Individually and ~Catholic Charities, Diocese of Fort Worth, Inc.,~ as Next Friend of A. GIKUNDIRO, M. MUTESI, S. UWIRINGIMANA, and S. MWAMIKAZI<br>   Plaintiff,<br><br>VS.<br><br>JOSE LEON-RAMIREZ and GLOBAL TRANSPORT CORPORATION<br>   Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:15-CV-03592 |

*[Handwritten insertion in caption: "Catholic Charities, Diocese of Fort Worth, Inc.,"]*

## FINAL AGREED JUDGMENT

On this day came on to be heard the above-entitled and numbered cause, and it appearing to the Court from examination of the pleadings herein that the Minor Plaintiffs, A. Gikundiro, whose date of birth is January 1, 2005, M. Mutesi, whose date of birth is January 1, 2003, S. Uwiringimana, who date of birth is January 1, 2001, S. Mwamikazi, whose date of birth is January 1, 1999 (herein after collectively referred to as "Minor Plaintiffs") and Kevin Ferm *[handwritten: Catholic Charities, Diocese of Fort Worth, Inc. ("Catholic Charities")]* Individually and as Next Friend of A. Gikundiro, M. Mutesi, S. Uwiringimana and S. Mwamikazi (hereinafter referred to as "Plaintiff"), who is also a party to said suit, and it appearing further to the Court the interests of the Plaintiff may be adverse to those of the Minor Plaintiffs, and the Court finding Guardian Ad Litem, Jason Meyer, has heretofore been appointed by the Court to represent the interests of the Minor Plaintiff;

*[Handwritten margin note: "Catholic Charities is substituted for Kevin Ferm as Next Friend of the four minor children."]*

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that Jason Meyer, a practicing attorney before this Court, heretofore appointed Guardian Ad Litem for the Minor Plaintiffs by Order of this Court, is hereby awarded a reasonable fee for his

services which shall be taxed as costs against Defendant JOSE LEON-RAMIREZ AND GLOBAL TRANSPORT CORPORATION, (hereinafter referred to as the "Defendants") in the amount of $ 1200.00.

It also appearing to the Court after said Guardian Ad Litem has made an investigation of the incident in question, the present physical condition of the Minor Plaintiffs, and the facts of this case as to liability and damages, came all parties and announced ready for trial and expressly waived a jury, and it was thereupon announced ready in open court, subject to the approval of the Court, all matters and controversies herein had been settled and compromised, and the Court, after hearing the pleadings and the evidence in regard to the injuries and damages complained of by the Minor Plaintiffs and the Plaintiff, together with evidence as to the manner in which those injuries and damages were received and the extent of same, and having duly considered the Compromise Settlement Agreement and Release for Judgment is under all of the circumstances fair and reasonable and in the best interests of the Minor Plaintiffs and Plaintiff, and such agreement should be ratified and approved;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiff, KEVIN FERM, INDIVIDUALLY AND AS NEXT FRIEND OF A. GIKANDIRO, M. MUTESI, S. UWIRINGIYIMANA AND S. MWAMIKAZI, do have and recover from the Defendants JOSE LEON-RAMIREZ AND GLOBAL TRANSPORT CORPORATION. The following sums:

TO: A. Gikundiro, A Minor Plaintiff, the sum of Seven Thousand Five Hundred Dollars and No/100 Cents ($7,500.00), of which Two Thousand Seven Hundred Sixty Five Dollars and 41/100 Cents ($2,765.41) is being paid to Turley Law firm for attorney's fees and expenses; Four Hundred Fifty Five Dollars and 89/100 Cents ($455.89) is being paid to AHB IOLTA, and held until such time that the final reimbursement about to Medicaid is determined; and Four Thousand Two Hundred Seventy Eight Dollars and 70/100 Cents ($4,278.70) is being paid to the registry of the United States District Clerk for Northern District of Texas for the use

and benefit of A. Gikundiro until said child reaches the age of eighteen (18), which the Court finds to be January 1, 2023.

TO: M. Mutesi, A Minor Plaintiff, the sum of Ten Thousand Dollars and No/100 Cents ($10,000.00), of which Three Thousand Five Hundred Ninety Eight Dollars and 74/100 Cents ($3,598.74) is being paid to Turley Law firm for attorney's fees and expenses; Four Hundred Fifty Five Dollars and 89/100 Cents ($455.89) is being paid to AHB IOLTA, and held until such time that the final reimbursement amount about to Medicaid is determined; and Five Thousand Nine Hundred Forty Five Dollars and 37/100 Cents ($5,945.37) is being paid to the registry of the United States District Clerk for Northern District of Texas for the use and benefit of M. Mutesi until said child reaches the age of eighteen (18), which the Court finds to be January 1, 2021.

TO: S. Uwiringimana, A Minor Plaintiff, the sum of Ten Thousand Dollars and No/100 Cents ($10,000.00) of which Three Thousand Six Hundred Seventy Six Dollars and 87/100 Cents ($3,676.87) is being paid to Turley Law firm for attorney's fees and expenses; Six Hundred Fifty Nine Dollars and 12/100 Cents ($659.12) is being paid to AHB IOLTA, and held until such time that the final reimbursement amount about to Medicaid is determined; and Five Thousand Six Hundred Sixty Four Dollars and 01/100 Cents ($5,664.01) is being paid to the registry of the United States District Clerk for Northern District of Texas for the use and benefit of S. Uwiringimana until said child reaches the age of eighteen (18), which the Court finds to be January 1, 2019.

TO: S. Mwamikazi, A Minor Plaintiff, the sum of Seven Thousand Five Hundred Dollars and No/100 Cents ($7,500.00), of which Two Thousand Eight Hundred Forty Six Dollars and 83/100 Cents ($2,846.83) is being paid to Turley Law firm for attorney's fees and expenses; Four Hundred Fifty Four Dollars and 69/100 Cents ($454.69) is being paid to AHB IOLTA, and held until such time that the final reimbursement amount about to Medicaid is determined; and Four Thousand One Hundred Ninety Eight Dollars and 48/100 Cents ($4,198.48) is being paid to the registry of the United States District Clerk for Northern District of Texas for the use and benefit of S. Mwamikazi until said child reaches the age of eighteen (18), which the Court finds to be January 1, 2017.

IT IS THEREFORE ORDERED that no execution issue on this Final Agreed Judgment in favor of the Plaintiff or Minor Plaintiffs against Defendants.

SIGNED on this __26th__ day of __October__, 2016.

_____
JUDGE PRESIDING

AGREED AS TO FORM:

By: _____
T Nguyen, SBN: 24051116
Attorney for Plaintiffs

By: _____
Jason Meyer, SBN: 24078996
Guardian Ad Litem

By: _____
Paul A. Bezney, SBN: 00787077
Patrick Wadlington, Jr., SBN: 00791862
Attorneys for Defendants