IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN FERM, and<br>CATHOLIC CHARITIES, DIOCESE OF<br>FORT WORTH INC. as Next Friend of A.<br>GIKUNDIRO, M. MUTESI,<br>S. UWIRINGIMANA, and<br>S. MWAMIKAZI,<br>　　　Plaintiffs,<br><br>v.<br><br>JOSE LEON-RAMIREZ and GLOBAL<br>TRANSPORT CORPORATION,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   No. 3:15-CV-03592-M |

## ORDER TO DEPOSIT FUNDS

The Court, having approved the Final Agreed Judgment in the above-entitled and numbered cause, hereby issues its Order to Invest Funds of the Minor Plaintiffs, A. Gikundiro, M. Mutesi, S. Uwiringimana and S. Mwamikazi (hereinafter referred to as "Minor Plaintiffs").

IT IS THEREFORE, ADJUDGED, AND DECREED, that the Clerk of United States District Court for the North District of Texas, Dallas Division invest the following:

- Sum of Four Thousand Two Hundred Seventy Eight Dollars and 70/100 Cents ($4,278.70) for the use and benefit of A. Gikundiro, whose date of birth is January 1, 2005, in an interest bearing account and in any federally insured savings or banking institution in United States District Court, until said minor reaches the age of eighteen (18) years, which is January 1, 2023, at which time the funds are to be released to A. Gikundiro upon the properly filed motion and order of the Court.

- Sum of Five Thousand Nine Hundred Forty Five Dollars and 37/100 Cents ($5,945.37) for the use and benefit of M. Mutesi, whose date of birth is January 1, 2003, in an interest

bearing account and in any federally insured savings or banking institution in United States District Court, until said minor reaches the age of eighteen (18) years, which is January 1, 2021, at which time the funds are to be released to M. Mutesi upon the properly filed motion and order of the Court.

- Sum of Five Thousand Six Hundred Sixty Four Dollars and 01/100 Cents ($5,664.01) for the use and benefit of S. Uwiringimana, whose date of birth is January 1, 2001, in an interest bearing account and in any federally insured savings or banking institution in United States District Court, until said minor reaches the age of eighteen (18) years, which is January 1, 2019, at which time the funds are to be released to S. Uwiringimana upon the properly filed motion and order of the Court.

- Sum of Four Thousand One Hundred Ninety Eight Dollars and 48/100 Cents ($4,198.48) for the use and benefit of S. Mwamikazi, whose date of birth is January 1, 1999, in an interest bearing account and in any federally insured savings or banking institution in United States District Court, until said minor reaches the age of eighteen (18) years, which is January 1, 2017, at which time the funds are to be released to S. Mwamikazi, upon the properly filed motion and order of the Court.

Signed on the _26th_ day of _October_, 2016

_____
JUDGE PRESIDING